**Motion Granted; Order filed July 24, 2014.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-14-00043-CR

———————

**HUNG PHUOC LE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 185th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1371912**

## ORDER

Appellant was formerly represented by retained counsel, Andre Ligon. No reporter's record has been filed in this case. Walter Johnson, a substitute court, informed this court that appellant had not made arrangements for payment for the reporter's record. On June 19, 2014, we ordered appellant to file proof of payment for the reporter's record on or before July 3, 2014. The order advised appellant that if he failed to pay for the reporter's record, the court would order appellant to file a brief without the benefit of a reporter's record. *See* Tex. R. App. P. 37.3(c).

Appellant filed no reply. Accordingly, the court ordered appellant to file a brief without the benefit of a reporter's record.

On July 21, 2014, new retained counsel, David Ryan and Michael Ryan, filed an appearance in this case. Appellant's new counsel advised the court that they have received quotes from two substitute court reporters and are making payment arrangements for preparation of the record. Appellant asks that we withdraw the July 15, 2014, order to file a brief without the reporter's record.

We **GRANT** the motion and issue the following order:

We **WITHDRAW** this court's order issued July 15, 2014, requiring appellant to file a brief without the benefit of the reporter's record.

The reporter's record is due on or before **September 20, 2014.**

PER CURIAM